UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES SISLER,<br><br>            Plaintiff,<br><br>            -vs-<br><br>MAKITA U.S.A., INC.; SAINT-GOBAIN ABRASIVES, INC.; FASTENAL COMPANY; JOHN DOES 1-6; and DOE BUSINESS ENTITIES 1-10;<br><br>            Defendants. | Cause No.: CV 23-54-M-DLC-KLD<br><br>**SUMMONS IN A CIVIL ACTION** |

To:    MAKITA U.S.A., INC.
          CORPORATION SERVICE COMPANY
          26 W SIXTH AVE, HELENA, MT 59624-1691

     A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and address are:

    Alex K. Evans
    Wayne E. Olson
    165 Commons Loop, Ste. 3
    Kalispell, MT 59901

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/8/23                                      [signature]

                                                           *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES SISLER,<br><br>    Plaintiff,<br><br>   -vs-<br><br>MAKITA U.S.A., INC.; SAINT-GOBAIN ABRASIVES, INC.; FASTENAL COMPANY; JOHN DOES 1-6; and DOE BUSINESS ENTITIES 1-10;<br><br>    Defendants. | Cause No.: CV 23-54-M-DLC-KLD<br><br>**SUMMONS IN A CIVIL ACTION** |

To: FASTENAL COMPANY
   CORPORATION SERVICE COMPANY
   26 W SIXTH AVE, HELENA, MT 59624-1691

  A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and address are:

 Alex K. Evans
 Wayne E. Olson
 165 Commons Loop, Ste. 3
 Kalispell, MT 59901

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/8/23

_____
*Signature of Clerk or Deputy Clerk*

**SUMMONS IN A CIVIL ACTION TO FASTENAL COMPANY**