IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES SISLER,<br><br>           Plaintiff,<br><br>vs.<br><br>MAKITA U.S.A., INC.; SAINT-GOBAIN ABRASIVES, INC.; FASTENAL COMPANY; JOHN DOES 1–6; and DOE BUSINESS ENTITIES 1–10,<br><br>           Defendants. | CV 23-54-M-DLC-KLD<br><br>ORDER |

    Defendant Fastenal Company has filed an unopposed motion to vacate the preliminary pretrial conference scheduled for July 20, 2023 on the ground that it was only recently served and its answer is not due until July 28, 2023. (Doc. 11). Accordingly, and good cause appearing,

    IT IS ORDERED that Defendant's motion is GRANTED. The July 20, 2023 preliminary pretrial conference is VACATED and RESCHEDULED for August 30, 2023 at 11:00 a.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The parties shall file their preliminary pretrial statements, joint discovery plan, and statement of stipulated facts on or before August 23, 2023. All

1

other provisions of the May 15, 2023 preliminary pretrial conference order (Doc. 4) shall remain in effect.

DATED this 7th day of July, 2023.

Kathleen L. DeSoto
United States Magistrate Judge