IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES SISLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MAKITA U.S.A., INC.; SAINT-GOBAIN ABRASIVES, INC.; JOHN DOES 1–6 and DOE BUSINESS ENTITIES 1–10,<br><br>        Defendants. | CV 23-54-M-KLD<br><br>ORDER |

    Pursuant to the Court's prior order (Doc. 52), Plaintiff Charles Sisler and Defendant Fastenal Company ("Fastenal") have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 53). Plaintiff and Fastenal ask that this Court dismiss the above-captioned matter as to Fastenal with prejudice, with each party to bear its own costs and fees. Accordingly,

    IT IS ORDERED that Fastenal Company is hereby dismissed with prejudice, with each of the parties to bear their own costs and fees.

//

//

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 19th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge